IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RONALD COOPER, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. MJM-24-3190 |
| ALLEN COUNTY COURT ADMINISTRATION, | * |
| | * |
| Defendant. | * |
| | * * * * * |

**MEMORANDUM**

Self-represented plaintiff Ronald Cooper of Fort Wayne, Indiana filed the above-captioned civil complaint together with a Motion to Proceed in Forma Pauperis, which shall be granted. ECF Nos. 1, 2. The Complaint alleges that a court clerk in Allen County, Indiana harassed and threatened him. ECF No. 1 at 2. For the reasons that follow, the Complaint shall be dismissed without prejudice for improper venue.

Upon initial review, it is not clear that the Complaint states a claim against a proper defendant or establishes this Court's jurisdiction. However, to the extent that the Complaint does state a claim or a potential claim, the case is not filed in the correct venue. Title 28, United States Code, Section 1391(b) states, in part, that "[a] civil action may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the States in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred." "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

Plaintiff, a resident of Indiana, names as the sole defendant the Allen County Court Administration in Fort Wayne, Indiana. ECF No. 1. The events described appear to have occurred in Fort Wayne, Indiana, and there is no apparent connection to Maryland. Because the parties and the events described in the Complaint are located in Fort Wayne, Indiana, the proper venue to raise any potential claim is the Northern District of Indiana. Therefore, the case will be dismissed without prejudice to refile in the Northern District of Indiana.[1]

A separate Order follows.

_ 12/30/24 _
Date

_____/S/_____
Matthew J. Maddox
United States District Judge

---

[1] The Court declines to conduct a full screening of this Complaint pursuant to 28 U.S.C. § 1915(e), as the Complaint is clearly not filed in the correct venue. Because no filing fee has been paid, the Court finds it is not in the interests of justice to transfer the case rather than dismiss it without prejudice. Plaintiff is free to refile his Complaint in the appropriate district.